

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 01 2022

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| v. | |
| ANTHONY RENDON | No. 1 : 22 - C R 3 9 6 |

THE GRAND JURY CHARGES THAT:

## Count One

On or about April 29, 2022, in the Northern District of Georgia and elsewhere, the defendant, ANTHONY RENDON, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is, an employee of the Federal Aviation Administration, and in such assumed and pretended character did act as such, in that he falsely claimed that he was inspecting Southwest Airlines Flight 484 and that he was allowed to sit in the cockpit and to have a copy of the Flight Attendant Sheet, in violation of Title 18, United States Code, Section 912.

## Count Two

On or about April 29, 2022, in the Northern District of Georgia and elsewhere, the defendant, ANTHONY RENDON, on an aircraft in the special aircraft jurisdiction of the United States, namely, Southwest Airlines Flight 484, did knowingly interfere with the performance of the duties of the flight crew members and flight attendants of the aircraft, and lessen the ability of the

members and attendants to perform those duties, by assaulting and intimidating the flight attendants and flight crew members, specifically, by falsely claiming to be an employee of the Federal Aviation Administration and by loudly inquiring about persons on board the aircraft who were carrying firearms, all in violation of Title 49, United States Code, Section 46504.

A ___True___ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

PAUL R. JONES
*Assistant United States Attorney*
Georgia Bar No. 402617

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2